In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00478-CV**

_____

**IN THE ESTATE OF ALMA S. MARTIN**

**On Appeal from the County Court at Law**
**Polk County, Texas**
**Trial Cause No. 09783**

## MEMORANDUM OPINION

The appellants, Neal Eichelman, as Independent Administrator of the Estate of Alma S. Martin, Jessie Eichelman, and Phillip Joseph Martin, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

1

Submitted on June 13, 2018
Opinion Delivered June 14, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.